■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY McINTOSH, Appellant. (Appeal No. 1.) [638 NYS2d 570] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him upon a jury verdict of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree. He also appeals from a judgment convicting him upon a plea of guilty to criminal possession of a controlled substance in the third degree. The negotiated plea was entered before sentencing on the conviction resulting from trial, and included a sentence commitment of concurrent terms of incarceration of 8 to 16 years on each conviction, as well as a waiver of defendant's right to appeal from both convictions.

Defendant has raised no categories of claims on either appeal that survive his waiver (see, People v Saunders, 190 AD2d 1092, 1093, lv denied 81 NY2d 1019). (Appeal from Judgment of Cayuga County Court, Corning, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Green, J. P., Pine, Fallon, Callahan and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY McINTOSH, Appellant. (Appeal No. 2.) [638 NYS2d 570] —Judgment unanimously affirmed. Same Memorandum as in People v McIntosh (224 AD2d 983 [decided herewith]). (Appeal from Judgment of Cayuga County Court, Corning, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Green, J. P., Pine, Fallon, Callahan and Davis, JJ.